In the United States District Court

For the _____ District of _____
(State)
_____ Division

Name: Emerson D. Smith )
)
Prison ID #: 33-133-007 )
)
Name: _____ )
)
Prison ID #: _____ )
)
Name: _____ )
)
Prison ID #: _____ )
)
☐ Check here if there are additional )
Plaintiffs--use separate sheet to ) Civil Action #: 5:07-0647
list each person. DO NOT USE ET AL. )
) (To be assigned by the Clerk's
vs. ) Office. Do not write in this blank.)
)
Name: Jay Martin O.I.C. SHU 1st Shift )
)
Name: _____ )
)
Name: _____ )
)
Name: _____ )
)
☐ Check here if there are additional )
Defendants--use separate sheet to )
list each person. DO NOT USE ET AL. )

**FILED**
OCT 17 2007
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

### Complaint for the Violation of Civil Rights
### Under 42 U.S.C. § 1983

I. **Previous Lawsuits**

   A. Have you or any of the other plaintiffs listed above filed any other lawsuits in the United States District Courts and/or any state courts?

      ☐ Yes       ☒ No

   B. If you answered YES to Question A, list the following information:

      ☐ Check here if more than one lawsuit has been filed and list them on additional sheets

Page 1 of ___

1. Parties to previous lawsuit:

   Plaintiffs: __None__

   Defendants: __None__

2. In what Court did you file the previous lawsuit?

   __N/A__
   (If Federal Court, name the District; if State Court, name the county.)

3. Case Number of the previous lawsuit: __None__

4. Name of judge to whom the case was assigned: _____

5. Date previous lawsuit was filed: __/__/____ (List at least the year.)

6. What was the disposition or result of the previous lawsuit? (for example, was it dismissed, appealed, or still pending)

   __None__

7. When was previous lawsuit decided: __/__/____ (List at least the year.)

8. Did the previous lawsuit involve the same facts or circumstances that you are now alleging in the lawsuit you are now submitting?

   ☐ Yes          ☒ No

II. **Place of Plaintiff(s)'s current confinement:**

A. Name of prison or jail in which you are currently incarcerated:
   __Federal Correctional Institute- Beckley__

B. Are the facts of your lawsuit related to your confinement in your present prison or jail?

   ☒ Yes          ☐ No

C. If you answered NO to question B, list the name and address of the jail or prison to which the facts of your lawsuit relate:

   _____

D. Did you present these facts to the prison authorities through the prisoner grievance procedure?

☒ Yes ☐ No

E. If you answered Yes to question D:

1. What steps did you take: Filed Grievance and 8's, 9's

2. What was result: ~~No disposition rendered~~ No Disposition rendered at Admin. level

F. If you answered No to question D, explain why not: N/A

## III. Parties to this Lawsuit

A. Plaintiff(s) bring this lawsuit:

1. Name of Plaintiff: Emerson D. Smith

   Prison ID #: 33-133-007

   Address, include name of instituion: Federal Correctional Institution Beckley P.O. Box 350 Beaver West Virginia 25813

2. Name of Plaintiff: ___

   Prison ID #: ___

   Address, include name of institution: ___

3. Name of Plaintiff: ___

   Prison ID #: ___

   Address, include name of institution: ___

☐ Check here if there are additional plaintiffs and list them on additional sheet of paper.

Page ___ of ___

B. Defendants against whom you are filing this lawsuit:
For each defendant, check whether you are naming the defendant is his or her individual and/or official capacity.

1. Name of Defendant: Jay Martin O.I.C.(SHU) 1ST Shift

   Place of Employment: Federal Correctional Institute- Beckley

   Address of Defendant: P.O. Box 350
   Beaver, West Virginia    25813

   Named in an official capacity?   ☐ Yes   ☐ No
   Named in an individual capacity? ☒ Yes   ☐ No

2. Name of Defendant: _____

   Place of Employment: _____

   Address of Defendant: _____

   Named in an official capacity?   ☐ Yes   ☐ No
   Named in an individual capacity? ☐ Yes   ☐ No

3. Name of Defendant: _____

   Place of Employment: _____

   Address of Defendant: _____

   Named in an official capacity?   ☐ Yes   ☐ No
   Named in an individual capacity? ☐ Yes   ☐ No

☐ Check here if there are more then 3 defendants. You must list each and every defendant. If you do not list the name of a defendant, he or she will not be included in the lawsuit. If you do not list the place of employment and address the clerk will not be able to serve that defend defendant. Use addition sheets of paper to list more then 3 defendants.

## IV. Statement of your claim

State as briefly as possibly all the <u>facts</u> of your case. Recite the dates when any incidents or events occurred, and the places where they took place. Describe how each defendant is involved. Also include the names of other persons involved and the dates and places of their involvement.

Page ___ of ___

If you set forth more then one claim, number each one, and use a separate paragraph for each one.

On 8-12-07 Plaintiff was placed in Admin. Detention pending incident report alledgely. Defendant Martin O.I.C. Shu had plaintiff removed from cellA-15 along with cellmate Bell who was housed with plaintiff at such time. Plaintiff and cellmate Bell were both taken to strip-cell and ordered to strip down naked. After doing so inmate Bell was instructed to put his clothes back on and was then returned to cell A-15 where housed. Plaintiff was left naked in strip-cell with lights turned off for approx. 30minutes. No explanation given when plaintiff askedwhy such action was taking place. No resistence was ever offeredby plaintiff throughout this ordeal. When Plaintiff was finally returned to cell he (plaintiff) learned through his cellmate that Officer Martin O.I.C. SHU had whispered to plaintiff's cellmate Bell that Bell could bust plaintiff in head with food tray it would"nt matter to him. Also,in my return back to my cell Officer Martin O.I.C. SHU stated that he would out of spite bust plaintiff in face. Plaintiff complained to Capt. Hutinson in front of Defendant Martin that threatswere made by defendant on plaintiff's life and that a Separation order was needed in this instant case. Plaintiff complained to other staff to no avail.

Plaintiff contends that his Civil Rights as well as due-process rights. were in fact violated.Plaintiff has medical conditiion of High Blood Pressure, Anemia, Hepititus C, and other. This action by defendant Jay Martin constitutes "cruel and unusual punishment.

Page ___ of ___

V.  Relief requested: List what you want the court to do; list what relief you seek against each defendant:

A.  Compensatory damages in the amount of $10,000 dollars

B.  Punitive Damages in the amount of $50,000

C.  Mental Anguish in the amount of $25,000

D.  _____

E.  _____

I (we) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 4 day of ~~August~~ Sept 20 07.

Signature: Emerson Smith

Prison ID #: 33-1330007

Address: Federal Correctional Institution-Beckley

P.O. Box 350 Beaver West Virginia 25813

Signature: _____

Prison ID #: _____

Address: _____

_____

Signature: _____

Prison ID #: _____

Address: _____

_____

☐ Check here is additional signatures are included on an additional sheet of paper.

**All plaintiffs must sign complaint.**

"Authorized By The Act Of July 27, 1955 To Administer Oaths (18 USC 4004)."

Case Manager    9/4/07

Page ___ of ___

Emerson Smith 33-133-067
Federal Correctional Institution - Beckley
P.O. Box 350
Beaver, West Virginia 25813

Sensitive
Legal
Mail

US MARSHALS SERVICE
X-RAYED
BY:

Clerk Robert C. Byrd
United States District Court
U.S. Courthouse
110 N. Heber Street Room 119
Beckley, West Virginia 25801

Open addressee Only